UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TYRONNE CARTER | CIVIL ACTION |
| VERSUS | |
| KEVIN BENJAMIN, ET AL. | NO.: 13-00016-BAJ-RLB<br>LEAD CASE |
| TYRONNE CARTER | CIVIL ACTION |
| VERSUS | |
| KEVIN BENJAMIN, ET AL. | NO.: 13-00278-BAJ-SCR |
| TYRONNE CARTER | CIVIL ACTION |
| VERSUS | |
| BURL CAIN, ET AL. | NO.: 13-00491-JJB-RLB |

<u>ORDER</u>

Considering Plaintiff's **Motion to Reopen and Consolidate (Civil Action No. 13-00016, Doc. 11)** filed by Tyronne Carter:

**IT IS ORDERED** that the Motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that Civil Action No. 13-00491 is transferred to Chief Judge Brian A. Jackson and Magistrate Judge Richard L. Bourgeois, Jr.,

---

[1] The Court notes that Defendants Burl Cain, Kevin Benjamin, and Col. Chadwick Darbonne oppose the motion on prescription grounds. (Doc. 12). However, for purposes of judicial efficiency, the instant motion is granted without prejudice to Defendants' right to reassert the defense of prescription in the consolidated action.

1

and consolidated with the lead case, Civil Action No. 13-00016, styled *Tyronne Carter v. Kevin Benjamin, et al.*

Baton Rouge, Louisiana, this 9th day of March, 2015.

_____
**JAMES J. BRADY, JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**